# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00473-CV

### E. J., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## NO. 17-1409, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant E.J. filed her notice of appeal on July 16, 2018. The appellate record was complete July 24, 2018, and appellant's brief was due August 16, 2018. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than August 30, 2018. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 20, 2018.

Before Chief Justice Rose, Justices Pemberton and Field